IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KIM R. BRUNT,<br>           Defendant. | Case No.: 8:23CB8<br><br>ORDER TO APPEAR |

    You are ordered to appear for your next court hearing on Monday, September 25, 2023 at 2:00 p.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

    Failing to appear in court as directed may result in a warrant being issued for your arrest.  You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court.  Each of these may be punishable by a term of imprisonment, a fine or both.

Dated: August 29, 2023

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

August 29, 2023
Date

_K R B_
Defendant